**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERNA MAXWELL CLARKE and LAURA WITTMANN, individuals on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMN SERVICES, LLC,<br><br>    Defendants. | CASE NO. 16-cv-04132-DSF (KSx)<br><br>ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Plaintiff Verna Maxwell Clarke ("Plaintiff"), individually and on behalf of the certified wage statement class in this action, moved the Court for an order granting preliminary approval of a class action settlement of claims against Defendant AMN Services, LLC ("Defendant"). Having carefully considered the motion, its supporting papers, and the arguments of counsel, the Court grants the motion and ORDERS:

1. The Court preliminarily finds that the terms of the Joint Stipulation and Settlement Agreement ("Settlement") are fair, reasonable, and adequate, and comply with Rule 23(e) of the Federal Rules of Civil Procedure.

2. The proposed manner of the notice of settlement set forth in the Settlement constitutes the best notice practicable under the circumstances and complies with the requirements of due process.

3. The Court approves the form, substance, and requirements of the notice of settlement attached as Exhibit 1 to the Settlement.

4. The parties shall carry out the notice process according to the terms of the Settlement.

5. The Court appoints CPT Group, Inc. ("CPT") as the settlement administrator, preliminarily approves settlement administration costs of $48,000, and, in accordance with the Settlement, directs CPT to complete dissemination of the notice of settlement within 30 days of entry of this Order.

6. A final approval (fairness) hearing is hereby set for June 24, 2019, at 1:30 p.m. in Courtroom 7D of the First Street Courthouse, to consider the fairness, reasonableness, and adequacy of the Settlement as well as the award of attorneys' fees and costs to class counsel, and incentive award to the class representative.

7. Plaintiff shall file a motion for an award of class representative incentive payments and attorneys' fees and costs no later than April 5, 2019, and

notice it for hearing for the date set forth in paragraph 6 above.

8. Plaintiffs shall, no later than May 20, 2019, file and serve a motion for final approval of the Settlement and a response to any objections to the Settlement. The motion shall be noticed for hearing for the date set forth in paragraph 6 above. Defendant may file and serve a memorandum in support of final approval of the Settlement or in response to objections no later than June 3, 2019.

9. All proceedings in this action, other than proceedings necessary to carry out or enforce the Settlement or this Order, are stayed pending the final fairness hearing and the Court's decision whether to grant final approval of the Settlement.

DATED: February 26, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE