UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

VERNA MAXWELL CLARKE, an individual on behalf of herself and others similarly situated and LAURA WITTMANN, an individual on behalf of herself and others similarly situated,

    Plaintiffs - Appellants,

v.

AMN SERVICES, LLC, DBA Nursechoice,

    Defendant - Appellee.

No. 19-55784

D.C. No. 2:16-cv-04132-DSF-KS
U.S. District Court for Central California, Los Angeles

**MANDATE**

---

The judgment of this Court, entered February 08, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $356.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7