UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNA MAXWELL CLARKE and LAURA WITTMANN, individuals on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>AMN SERVICES, LLC,<br><br>    Defendant. | CV 16-4132 DSF (KSx)<br><br>ORDER GRANTING PARTIAL SUMMARY JUDGMENT IN PLAINTIFFS' FAVOR FOLLOWING NINTH CIRCUIT MANDATE |

On April 6, 2018, following certification of a Rule 23 California-wide class and a Fair Labor Standards Act ("FLSA") nationwide collective, the parties filed cross-motions for summary judgment as to the claims in Plaintiffs' Third Amended Complaint ("TAC"). The TAC asserts claims against AMN Services, LLC ("Defendant" or "AMN") for unpaid overtime, inaccurate itemized wage statements, and derivative state law claims. Plaintiffs' theory of liability with respect to the claims for unpaid overtime is that AMN unlawfully excluded per diem payments from the "regular rate" when calculating overtime rates of pay.

On June 26, 2018, this Court issued an Order denying Plaintiffs' motion in its entirety and granting in part and denying in part Defendant's motion. The Court denied summary judgment in favor of Defendant as to the wage statement claim, but granted Defendant's motion in all other respects. The partial grant of summary judgment in favor of Defendant was based on this Court's finding that Defendant's per diem payments were not part of the "regular rate" and, as such, were properly excluded from the calculation of overtime rates of pay for the class and collective.

Following the entry of a final judgment, Plaintiffs appealed this Court's grant of summary judgment in favor of Defendant. On February 8, 2021, the Ninth Circuit issued an Opinion reversing the grant of summary judgment in favor of Defendant and remanding with directions to "enter partial summary judgment in Plaintiffs' favor as to whether the per diem payments to class member employees should be considered part of the employees' regular rate of pay and to conduct further proceedings." The mandate was subsequently issued on June 28, 2021.

Pursuant to the mandate of the Ninth Circuit, this Court Orders as follows:

Partial summary judgment is granted in favor of Plaintiffs as to whether the per diem payments to class and collective member employees should be considered part of those employees' "regular rate of pay" for purposes of calculating their rate of overtime pay under the FLSA and the California Labor Code.

1

2  **IT IS SO ORDERED**

3  DATED: August 15, 2022

4  /s/ Dale S. Fischer
   DALE S. FISCHER
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28