JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNA MAXWELL CLARKE, and LAURA WITTMANN, individuals on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMN SERVICES, LLC,<br><br>Defendant. | Case No. 2:16-cv-04132-DSF-KS<br><br>HON. DALE S. FISCHER<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

On August 4, 2023, the parties notified the Court that a settlement has been reached and filed a Joint Stipulation to Remand Action to State Court to Enable Settlement Approval Coordination ("Joint Stipulation"). The Court, having considered the Joint Stipulation, and good cause appearing, HEREBY ORDERS AS FOLLOWS:

The above-captioned action is hereby remanded to the Superior Court of the State of California for the County of Los Angeles as *Clarke, et al. v. AMN Services, LLC, et al.,* Case No. BC619695.

**IT IS SO ORDERED.**

DATED: August 4, 2023

HON. DALE S. FISCHER
United States District Judge